IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| AUNDREY B. MOORE | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | NO. 3-07-CV-0962-M |
| CROWLEY COURTS, ET AL. | § | |
| Defendants. | § | |

### ORDER

On August 13, 2007, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED this 22nd day of October, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS